UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **22-3192**

Valencia v. Attorney General

To: Clerk

1) Letter Motion by Respondent to Strike Administrative Record filed on December 7, 2022.

---

The foregoing motion is granted. The administrative record filed on December 7, 2022, (ECF No. 11) will be stricken from the docket. It is hereby noted that a completed administrative record was filed on December 13, 2022 (ECF No. 15).

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: January 4, 2023
Lmr/cc: All Counsel of Record