UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **22-3192**

Valencia v. Attorney General United States

To:    Clerk

1)       Motion by Petitioner to Stay Removal (ECF No. 3)

2)       Motion by Respondent to Dismiss Case for Lack of Jurisdiction or to Transfer Proceedings to Sixth Circuit Court of Appeals, and Response in Opposition to Petitioner's Motion to Stay Removal (ECF No. 10)

3)       Response by Petitioner in Opposition to Motion to Dismiss Case for Lack of Jurisdiction or to Transfer Proceedings; and Reply in Support of Motion to Stay Removal (ECF No. 19)

4)       Reply by Respondent to Motion to Dismiss Case or to Transfer Proceedings (ECF No. 20)

5)       Supplemental Submission by Petitioner in Support of Motion to Stay Removal (ECF No. 22)

6)       Unopposed Motion by Respondent to Withdraw Motion to Dismiss Case for Lack of Jurisdiction or to Transfer Proceedings to Sixth Circuit Court of Appeals, and Response in Opposition to Petitioner's Motion to Stay Removal; and Request to Stay Issuance of Briefing (ECF No. 23)

---

     Respondent's motion to withdraw is granted and no further action will be taken on Respondent's filings at ECF Nos. 10 and 20. To the extent Petitioner's filing at ECF No. 19 addressed his motion to stay removal, that filing will remain pending along with the motion to stay removal (ECF No. 3) and the supplemental submission in support of the motion to stay removal (ECF No. 22). Respondent's request to stay issuance of a briefing schedule is granted. The case will be stayed for thirty (30) days from the date of

this order.  If a further stay is necessary, a motion requesting such must be filed on or before expiration of the stay period.  Otherwise, the stay will automatically be lifted and a briefing schedule issued.


For the Court,

 s/ Patricia S. Dodszuweit
Clerk


Dated: February 3, 2023
Lmr/cc: All Counsel of Record