# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-3192

Vicente Valencia v. Attorney General United States of America

(Agency Case No.: A041-574-381)

## ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b). A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: March 09, 2023
LMR/cc: James P. Davy, Esq.
EOIR,
Margot P. Kniffin, Esq.
Margaret A. Kopel, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate