UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-3192

VICENTE TEOFILO VALENCIA,
                                  Petitioner

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA

(Agency No. A041-574-381)

Present: SHWARTZ, MATEY and PHIPPS, Circuit Judges

1. Respondent's Unopposed Motion for an Extension of Time to File a Response to Petitioner's Motion for Attorneys' Fees and Expenses under the Equal Access to Justice Act until May 4, 2023

                                                                    Respectfully,
                                                                    Clerk/CJG

_____ORDER_____

The foregoing motion is **GRANTED**.

                                                                    By the Court,

                                                                  s/ Paul B. Matey
                                                                  Circuit Judge

Dated: April 14, 2023
CJG/cc:    James P. Davy, Esq.
               Margot P. Kniffin, Esq.