UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-058

No. 22-3192

VICENTE TEOFILO VALENCIA,
                Petitioner

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA

(Agency No. A041-574-381)

Present: SHWARTZ, MATEY and PHIPPS, Circuit Judges

1. Motion by Petitioner for Attorneys' Fees and Expenses Under the Equal Access to Justice Act

2. Response filed by Respondent Attorney General United States of America

3. Unopposed Motion filed by Petitioner Vicente Teofilo Valencia for withdrawal of ECF No. 29 Motion for Attorneys' Fees and Expenses

                Respectfully,
                Clerk/CJG

_____ORDER_____

The Motion to Withdraw ECF No. 29 Motion for Attorneys' Fees and Expenses is **GRANTED**. The Motion for Attorneys' Fees and Expenses is **DISMISSED** as moot.

                By the Court,

                s/ Paul B. Matey
                Circuit Judge

Dated: May 26, 2023
Amr/cc: All counsel of record